11/21/2013

## Notice regarding Fee Changes

U.S. Court of Appeals for the Ninth Circuit

The Court is sending you this notice to inform you of fee increases effective December 1, 2013.  The fee changes listed below will take effect pursuant to amendments to the Court of Appeals Miscellaneous Fee Schedule, issued pursuant to 28 U.S.C. § 1913.

| **Fee Type** | **Old Fee** | **New Fee** |
|---|---|---|
| Notice of Appeal (payable to district court) | $455 | $505 |
| Writ of Mandamus | $450 | $500 |
| Petition for Review | $450 | $500 |